THE T. H. SYMINGTON COMPANY, Respondent, v. THE JOHN THOMSON PRESS COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

LYMAN B. LUCE, Respondent, v. JAMES W. NOLAN, Appellant.— Judgment and order affirmed, with costs. All concurred.

In the Matter of the First Voluntary Intermediate Judicial Settlement of the Accounts of CLARA PRICE CURTIS and CHESTON A. PRICE, Two of the Executors of FRED M. CURTIS, Deceased.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

EDWARD A. HASTINGS, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WELCOME B. PRICE and Another, Appellants, v. WILLIAM H. TOMPKINS and Another, as Executors of HARRIET E. PRICE, Deceased, Respondents. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

ARTHUR W. OCORR, Attorney in Fact for HOMER A. OCORR, Respondent, v. JOHN D. LYNN, as Trustee under the Last Will and Testament of HOMER A. OCORR, Deceased, and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 12,694, Held by the Highland Social Club.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of the PARK ABBOTT REALTY COMPANY, Respondent, for a Writ of Mandamus against IROQUOIS NATURAL GAS COMPANY and Another, Appellants, Impleaded with Another, Respondent. — Order affirmed, with costs. Held, that since the gas company refused to furnish the relator with gas solely by reason of the order of the Public Service Commission of the Second District, made December 13, 1917, our decision is based on the lack of legislative authority, express or implied, for that part of the order of the Public Service Commission involved. All concurred.

JOHN SUDER, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Order reversed, with costs, verdict of jury reinstated, and judgment directed thereon for the plaintiff, with costs. All concurred, except De Angelis, J., who dissented upon the ground that the absence of the spring in the screw jack was not the proximate cause of the accident.

TEREZ KRETIK, as Administratrix, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert and De Angelis, JJ., who dissented.